**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6818**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ARTHUR OSCAR SWAN,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Aiken.  Cameron McGowan Currie, District Judge. (CR-95-365)

———————

Submitted:  September 8, 2000      Decided:  September 18, 2000

———————

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Arthur Oscar Swan, Appellant Pro Se.  Beth Drake, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Arthur Oscar Swan appeals the district court's order denying his motion to compel the Government to comply with the terms of the plea agreement by filing a Fed. R. Crim. P. 35 motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Swan, No. CR-95-365 (D.S.C. May 16, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED